```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

KENNETH WILSON,                   :
                                          Civil Action No. 11-1201(SDW)
        Petitioner,    :

        v.             :           **O R D E R**

CINDY SWEENEY, et al.,            :

        Respondents.   :

This matter has come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254. It appears that:

1. On May 2, 2011, Petitioner's petition for a writ of habeas corpus was administratively terminated for failure to pay the filing fee. Petitioner was directed to pay the filing fee within 30 days or submit a completed and signed <u>in forma pauperis</u> application, as required by Local Civil Rule 81.2(b), in order to have the case reopened.

2. On May 31, 2011, Petitioner paid the $5.00 filing fee.

THEREFORE,

IT IS ON THIS 20th day of June, 2011;

ORDERED that the Clerk of the Court shall reopen this matter; and serve a copy of this Order on Petitioner by regular mail with the accompanying <u>Mason</u> notice.

```
                              s/Susan D. Wigenton
                              SUSAN D. WIGENTON
                              United States District Judge
```